UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HANOVER INSURANCE GROUP, as Subrogee
of Joshua Forte and Angela Forte,

    Plaintiff,

  v.

ROBERT CENDENO HERNANDEZ and EMC
AUTO TRANSPORT, LLC,

    Defendants.

Case No. 19-cv-1054-JPG-RJD

## MEMORANDUM AND ORDER

This matter comes before the Court on the defendants' motion to transfer this case to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1404(a) (Doc. 13). The defendants argue that the Eastern District of Michigan is more convenient to the agency handling the claims for plaintiff Hanover Insurance Company and to the plaintiff's subrogors Joshua Forte and Angela Forte. Further, the transferee court has more experience applying Michigan law, under which the relevant insurance policy was issued and which will apply to the subrogation question in this case, and a greater interest in obtaining justice for citizens of Michigan. After the defendants filed the motion to transfer, all parties joined in a stipulation that this case be transferred as requested (Doc. 16).

Having reviewed the motion and the stipulation, the Court finds that the requested transfer of venue under § 1404(a) is appropriate. This action might have originally been brought in the Eastern District of Michigan, litigating this case in that district would be more convenient to the parties and witnesses, and transferring this case to that district would be in the interest of justice.

Accordingly, the Court **GRANTS** the motion to transfer venue (Doc. 13) and **TRANSFERS** this case to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**
**DATED: November 19, 2019**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
